**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**WILHEN JOSE HEREIRA OLIVEROS**,

      Petitioner,

v.                                                                                      Case No. 2:26-cv-00907-WJ-LF

**GEORGE DEDOS,** Warden, Cibola County
Correctional Center;
JOEL GARCIA, Field Office
Director, El Paso Field Office, United
States Immigration and Customs Enforcement;
DAVID VENTURELLA,[1] Acting Director, United
States Immigration and Customs Enforcement;
MARKWAYNE MULLIN, Secretary of
Homeland Security; TODD BLANCHE,[2]
United States Attorney General, *in their official
capacities*,

      Respondents.

**<u>ORDER FOR SUPPLEMENTAL BRIEFING</u>**

THIS MATTER comes before the Court *sua sponte* and upon the Petition for a Writ of

Habeas Corpus Under 28 U.S.C. § 2241 **[Doc. 1]**.  The Court notes that on June 25, 2026, the

Supreme Court issued a decision in *Mullin v. Doe*, 609 U.S. ----, ---- S. Ct. ----, 2026 WL 1825840

(June 25, 2026), which may impact one or more issues before the Court.  Accordingly, the parties

---

[1] The Petition names the former Acting Director of ICE, Todd Lyons.  The Court, however, substitutes the current Acting Director as the proper federal respondent.  *See Torres-Torres v. Miller,* No. 20-CV-118, 2020 WL 4430519 (D.N.M. July 31, 2020) (discussing the respondents in an immigration habeas case); *Lowmaster v. Dir., Bureau of Prisons*, No. 24-3178, 2024 WL 5135970, at *1 (D. Kan. Dec. 17, 2024) ("[T]he Court notes that it routinely substitutes the" proper parties as "respondent in habeas cases."); *Danderson v. Page*, No. 24-CV-208, 2024 WL 3913051, at *2 (E.D. Okla. Aug. 20, 2024) (substituting the proper party respondent in a habeas case); *see also In re Service of Process in Immigration Habeas Petitions Filed Pursuant to §§ 2241 et seq.*, 26-MC-00004-03 (Jan. 28, 2026).

[2] The Petition names the former Attorney General Pam Bondi.  The Court substitutes the current acting Attorney General.  *See supra* n.1.

are directed to file supplemental briefing addressing the effect of the Supreme Court's opinion on the resolution of the Petition.  Petitioner SHALL submit a memorandum, not to exceed 10 pages, addressing the effect, if any, of *Mullin v. Doe* on the issues presented in this case within 10 days of this Order.  Respondents SHALL file a response, not to exceed 10 pages, within 10 days thereafter.  Petitioner may file an optional reply, not to exceed 5 pages, within seven days after Respondents' response.

      SO ORDERED.

                       /s/
                       WILLIAM P. JOHNSON
                       SENIOR UNITED STATES DISTRICT JUDGE