**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

WILHEN JOSE HEREIRA OLIVEROS,

Petitioner,

v. No. 1:26-cv-00907-WJ-LF

GEORGE DEDOS, WARDEN of Cibola County Correctional Facility; JOEL GARCIA, Field Office Director, Enforcement and Removal Operations, El Paso Field Office; DAVID J. VENTURELLA, Acting Director, United States Immigration and Customs Enforcement; MARKWAYNE MULLIN, SECRETARY, U.S. Department of Homeland Security; TODD BLANCHE, United States Attorney General;

Respondents.

**ORDER DISMISSING AND CLOSING CASE**

**THIS MATTER is** before the Court upon Petitioner's Unopposed Motion to Dismiss Writ of Habeas Corpus **[Doc. 18]** and the Court being advised that Petitioner is no longer in the United States, Petitioner requests to voluntarily dismiss this case, and the Motion is unopposed, **[Doc. 18, Doc. 19],** the Court finds that no further relief can be granted in this case and the Motion is well taken and is granted.

**IT IS ORDERED** that Petitioner's Unopposed Motion to Dismiss Writ of Habeas Corpus **[Doc. 18]** is **GRANTED**, the Petition for Writ of Habeas Corpus **[Doc. 1]** and all claims in this case are voluntarily dismissed, and the Clerk of Court is directed to **CLOSE** this case.

/s/______________________________________
WILLIAM P. JOHNSON
SENIOR UNITED STATES DISTRICT JUDGE